## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK (SKAT) TAX
REFUND SCHEME LITIGATION

This document relates to All Cases.

MASTER DOCKET

18-md-2865 (LAK)

## MOTION FOR ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICIAL
## ASSISTANCE TO OBTAIN EVIDENCE IN DENMARK

PLEASE TAKE NOTICE that the undersigned attorneys for the plaintiff SKAT,

the Customs and Tax Administration of the Kingdom of Denmark, will apply before the

Honorable Lewis A. Kaplan of the Southern District of New York at the Daniel Patrick

Moynihan United State Courthouse, 500 Pearl Street, New York, New York, 10007, at a time

and date to be determined by the Court, for the issuance of a Request for International Judicial

Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil and

Commercial Matters and 28 U.S.C. § 1781(b)(2). In support of this motion, SKAT relies upon

the accompanying Memorandum of Law and Declaration of Sarah L. Cave dated November 30,

2018 and the exhibits attached thereto.

Dated: New York, New York
      November 30, 2018

HUGHES HUBBARD & REED LLP

By:___/s/ Sarah L. Cave_____
   William R. Maguire
   Marc A. Weinstein
   Sarah L. Cave
   John T. McGoey
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
bill.maguire@hugheshubbard.com
marc.weinstein@hugheshubbard.com
sarah.cave@hugheshubbard.com
john.mcgoey@hugheshubbard.com

*Counsel for Plaintiff SKAT (Customs and Tax
Administration of the Kingdom of Denmark)*