UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

18-md-2865 (LAK)

This document applies to: 18-cv-04051, 18-cv-09840,
18-cv-09841, 18-cv-10098, 19-cv-01812, 19-cv-01866,
19-cv-01898.

------------------------------------x

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-21-2023

## ORDER

LEWIS A. KAPLAN, *District Judge.*

The opinion issued on November 20, 2023 (Dkt 924) in this matter is corrected in the following manner:

1. On page 13, the sentence starting "However, as with the Solo Bellwethers..." is deleted. The word "however," is added directly after "With respect to the cum-ex trades," such that it is: "With respect to the cum-ex trades, however, SKAT contends that those trades . . . ." The words "*Id.* at 2" in footnote 38 on page 13 are replaced with "Dkt 831 (Pl. Opp. Mem.) at 2".

2. On pages 27, 29 n. 59, 43, and 48, the words "ED&F bellwether defendants" are replaced with "ED&F Bellwether defendants". On pages 27 and 30, the words "ED&F bellwethers" are replaced with "ED&F Bellwethers".

3. On pages 22 and 48, the words "solo custodians" are replaced with "Solo Custodians".

4. On page 40 n. 68, in the sentence starting "The Court need not . . .", the words "under New York law" and ", under New York law," are removed.

5. On page 42, the words "better reserved for trial" are replaced with "that must await trial".

6. On page 50, the words "[(a solo custodian)]" are replaced with "[(a reclaim agent)]".

SO ORDERED.

Dated: November 21, 2023

_____
Lewis A. Kaplan
United States District Judge