# Exhibit 12



Elysium Global Group Structure Chart — 22 February 2015