# Exhibit 2

L 1984-03-28 nr 131

**Statsregnskabsvæsensloven**

### § 3

Finansministeren fastsætter regler om statens regnskabsvæsen. Ved reglernes fastsættelse kan finansministeren ud over at tage hensyn til sikkerhed og orden inden for regnskabsområdet tage hensyn til mulighederne for at tilvejebringe oplysninger til brug for økonomisk planlægning, styring og kontrol.

L 1984-03-28 no. 131

**State Accounting Act**

**§3**

The Minister of Finance sets the rules for the state's accounting system. In setting the rules, the Ministry of Finance shall consider providing information for economic planning, management and control purposes while safeguarding account security.