# Exhibit 3

# BKG 2018-02-19 nr 116
## Statens regnskabsvæsen mv.

### § 6

Finansministeriet fastsætter regler om statens regnskabsvæsen.

*Stk. 2.*
Moderniseringsstyrelsen forestår udmøntningen af reglerne om statens regnskabsvæsen. Alle udkast til love, bekendtgørelser og cirkulærer, der indeholder bestemmelser om statens regnskabsvæsen, skal forelægges Moderniseringsstyrelsen til godkendelse.

*Stk. 3.*
Moderniseringsstyrelsen forestår opstilling af statsregnskabet efter Finansministeriets retningslinjer.

*Stk. 4.*
Moderniseringsstyrelsen stiller likviditet til rådighed for de i § 4, stk. 1, anførte regnskabsførende institutioner samt de i § 4 stk. 4 nævnte institutioner.

*Stk. 5.*
Moderniseringsstyrelsen har ansvar for de i § 11, stk. 1 og 2, nævnte systemer samt de hermed forbundne hjælpesystemer. Moderniseringsstyrelsen har herunder ansvar for at stille de relevante krav til systemernes drift og sikkerhed, herunder vedrørende persondata, og for at sikre overholdelse af kravene.

*Stk. 6.*
Moderniseringsstyrelsen har endvidere det overordnede ansvar for planlægning og gennemførelse af omlægninger vedr. ministerområdernes anvendelse af de i § 11, stk. 1 og 2, nævnte systemer.

BKG 2018-02-19 no 116

**Government accounting etc.**

**§ 6**

The Ministry of Finance sets the rules on the state's accounting system

*Paragraph 2.*
The Modernization Board manages the implementation of the rules on state accounting. All draft laws, notices and circulars containing provisions on state accounting must be submitted
The Modernization Board for approval.

*Paragraph 3.*
The Modernization Board is responsible for preparing the state accounts in accordance with the Ministry of Finance's guidelines.

*Paragraph 4.*
The Modernization Board makes liquidity available to those in §4, paragraph 1, stated accounting institutions as well as those institutions mentioned in §4 paragraph 4.

*Paragraph 5.*
The Modernization Board is responsible for the provisions in §11 paragraphs 1 and 2, and the associated auxiliary systems. The Modernization Board is responsible for setting the relevant requirements for the operation and safety of the systems, including personal data, and ensuring compliance with the requirements.

*Paragraph 6.*
The Modernization Board also has the overall responsibility for planning and implementing transitions during the ministerial areas' use of the systems mentioned in §11 paragraphs 1 and 2.