# Exhibit 7

## BKG 2018-02-19 nr 116
**Statens regnskabsvæsen mv.**

### § 4

En regnskabsførende institution er en organisation under en virksomhed med et selvstændigt ansvar for udførelsen af hele eller dele af virksomhedens opgaver.

*Stk. 2.*
Som regnskabsførende institutioner betragtes endvidere selvejende institutioner mv., som er omfattet af § 2, stk. 1, nr. 2-3.

*Stk. 3.*
En regnskabsførende institution administrerer en eller flere bogføringskredse/regnskaber.

*Stk. 4.*
Institutioner, som er omfattet af § 2, stk. 1, nr. 4, administrerer bevillingerne i en eller flere bogføringskredse/regnskaber.

**BKG 2018-02-19 no 116**

**Government Accounting etc.**

**§ 4**

An accounting institution is an organization under a company with responsibilities independent from all or part of the company's line(s) of business.

*Paragraph 2.*
In addition, self-governing institutions, etc., which are covered by the accounts are regarded as accounting institutions as per §2, paragraph. 1, no. 2-3.

*Paragraph.3.*
An accounting institution manages one or more bookeepings/accounts.

*Paragraph.4.*
Institutions covered by §2, paragraph 1, no. 4, manage the funds for one or more bookeepings/accounts.