# Exhibit 16

LBKG 2018-05-31 nr 678

Skatteforvaltningsloven

### § 49

Som senest ændret ved: L 2013 649 § 1 stk. 1 nr. 54

**I kraft: 2014-01-01**

Spørgsmål, som er afgjort af skatteankeforvaltningen, et skatteankenævn, et vurderingsankenævn, et motorankenævn eller Landsskatteretten, kan Skatteministeriet indbringe for domstolene, senest 3 måneder efter at klageinstansen har truffet afgørelse.

LBKG 2018-05-31 no 678

**Tax Administration Act**

**§ 49**

As last amended by: **L 2013 649 § 1 paragraph 1 no. 54**

**Effective: 2014-01-01**

The Minister of Taxation may appeal decisions issued by the tax administration, tax appeals boards, appraisal boards, motor vehicle courts or the National Tax Tribunal within 3 months of that decision.