# Exhibit 19

L 2017-12-19 nr 1535

**Skattekontrollov**

### § 14

Told- og skatteforvaltningen kan efter den skattepligtiges anmodning forlænge oplysningsfristen efter §§ 11-13 for den pågældende, hvis særlige forhold taler herfor.

*Stk. 2.*
Skatteministeren eller den, som ministeren bemyndiger dertil, kan i særlige tilfælde forlænge oplysningsfristen i §§ 10-13 for grupper af skattepligtige.

L 2017-12-19 no 1535

**Tax Code**

**§ 14**

The customs and tax administration may, upon request by the taxpayer, extend the information deadline pursuant to §§11-13 for the person concerned, if special circumstances exist.

*Paragraph 2.*
The Tax Minister, or the person authorized by the minister, under special circumstances, may extend the information deadline in §§10-13 for groups of taxpayers.