# Exhibit 21

**L 2017-12-19 nr 1535**

**Skattekontrollov**

**§ 52**

Skatteministeren kan fastsætte nærmere regler om land for land-rapporten, der indgives efter §§ 48, 49 og 51.

**L 2017-12-19 no 1535**

**Tax Code**

**§ 52**

The Minister of Taxation may establish comprehensive rules about the country for country report, which is to be filed pursuant to §§ 48, 49 and 51.