# Exhibit 24

**LBKG 2016-01-29 nr 117**

**Kildeskatteloven**


**§ 85**

Som senest ændret ved:  **L 2012 1354 § 2 stk. 1 nr. 12**

**I kraft: 2013-01-01**

Told- og skatteforvaltningen fører registre over de indeholdelsespligtige.

*Stk. 2.* Enhver, der er indeholdelsespligtig efter afsnit V og VI, skal inden 8 dage give told- og skatteforvaltningen meddelelse om

a)       indtræden af indeholdelsespligt,

b)       ændringer, herunder ophør af indeholdelsespligt, og

c)       tilgang og afgang af modtagere af A-indkomst samt arbejdsmarkedsbidragspligtig indkomst.

*Stk. 3.* Skatteministeren kan fastsætte nærmere regler om registrene efter stk. 1 og om indsendelse af oplysninger hertil, herunder kan pligten efter stk. 2, nr. 3, lempes.

*Stk. 4.* Told- og skatteforvaltningen kan give den indeholdelsespligtige et påbud om at efterleve de i stk. 2 fastsatte bestemmelser om at indgive meddelelser. Told- og skatteforvaltningen kan pålægge den indeholdelsespligtige daglige bøder efter § 87, indtil påbuddet efterleves.

*Stk. 5.* Påbuddet skal indeholde en henvisning til den relevante bestemmelse og en anvisning af, hvilke konkrete handlinger eller foranstaltninger virksomheden skal gennemføre for at overholde den pågældende bestemmelse. Påbuddet gives skriftligt, og det skal fremgå heraf, at hvis påbuddet ikke efterleves inden for den angivne frist, kan modtageren heraf pålægges daglige bøder, indtil påbuddet efterleves.

**LBKG 2016-01-29 no 117**

**Withholding Tax Act**

**§ 85**

As last amended by: **L 2012 1354 § 2 paragraph. 1 no. 12**

**Effective: 2013-01-01**

The Customs and Tax Administration keeps records on those who are obligated to retain tax records.

*Paragraph 2.* Anyone who is liable under Sections V and VI must notify the Customs and Tax Administration within 8 days of

a)      commencement of the withholding obligation,

b)      changes, including the termination of the withholding obligation, and

c)      incoming and outgoing A-income as well as labor-market contributory income.

*Paragraph 3.* The Minister of Taxation may establish comprehensive rules on the registers under paragraph 1 and on the submission of information thereto, including the reduction of obligations under subsection paragraph 2, no. 3.

*Paragraph 4.* The Customs and Tax Administration may give orders to comply with the provisions set forth in paragraph 2 for the submission of notices. Pursuant § 87, the Customs and Tax Administration may impose a daily penalty until the order is complied with.

*Paragraph 5.* The order shall include a reference to the relevant provision and instructions of what concrete actions or measures the company must take to comply with that provision. The order is given in writing and must clearly state that if the order is not complied with by the stated deadline, the recipient may be subject to daily penalties until the order is complied with.