# Exhibit 25

**LBKG 2016-01-29 nr 117**

**Kildeskatteloven**

### § 114

Skatteministeren fastsætter de nærmere regler, der er nødvendige til lovens gennemførelse.

**LBKG 2016-01-29 no 117**

**Withholding Tax Law**

**§ 114**

The Minister of Taxation shall establish comprehensive rules necessary for the implementation of the Act.