# Exhibit 33

LBKG 2021-09-15 nr 1835

# Lovbekendtgørelse 2021-09-15 nr. 1835 Retsplejeloven

## Tredje bog. Den borgerlige retspleje

### FØRSTE AFSNIT. ALMINDELIGE BESTEMMELSER

**Kap. 21. Saglig kompetence**

**§ 224**
Borgerlige retssager behandles i 1. instans ved byret, medmindre andet er bestemt i denne eller anden lov.

**§ 226**
Byretten kan efter anmodning fra en part henvise en sag til behandling ved landsret, hvis sagen er af principiel karakter og har generel betydning for retsanvendelsen og retsudviklingen eller væsentlig samfundsmæssig rækkevidde i øvrigt.

*Stk. 2.* Hvis parterne har aftalt, at sagen skal behandles ved byretten, kan henvisning kun ske efter anmodning fra begge parter. Henvisning kan ikke ske i de i kapitel 42, 42 a, 43, 43 a, 43 b og 44 omhandlede sager.

*Stk. 3.* Anmodning om henvisning skal fremsættes senest i det forberedende møde, jf. § 353, eller, hvis et sådant møde ikke afholdes, senest 4 uger efter rettens meddelelse om, at der ikke skal holdes et forberedende møde. Retten kan dog i særlige tilfælde henvise sagen efter en anmodning, der fremsættes senere, men inden forberedelsens slutning.

*Stk. 4.* Afgørelse af, om sagen skal henvises eller ikke, træffes ved kendelse.

*Stk. 5.* Landsretten påser af egen drift, at betingelserne for henvisning i stk. 1 er opfyldt. Er betingelserne ikke opfyldt, afviser landsretten at behandle sagen i 1. instans og sender sagen til byretten til fortsat behandling. Landsrettens afgørelse træffes ved kendelse.

**Kap. 22. Stedlig kompetence**

**§ 243**
Sager, hvorunder der påstås straf, erstatning eller oprejsning i anledning af retskrænkelser, kan anlægges ved retten på det sted, hvor retskrænkelsen er foregået.

**§ 246**
Sager mod personer, selskaber, foreninger, private institutioner og andre sammenslutninger, der ikke har hjemting i Danmark, kan anlægges her i landet, for så vidt nogen ret efter bestemmelserne i §§ 237, 238, stk. 2, 241, 242, 243 og 245 kan anses som værneting i sagen. I sager om forbrugeraftaler kan forbrugeren anlægge sag mod de i 1. pkt. nævnte personer og sammenslutninger ved sit eget hjemting, såfremt fremsættelsen af særligt tilbud eller

reklamering i Danmark er gået forud for aftalens indgåelse og forbrugeren her i landet har foretaget de dispositioner, der er nødvendige til indgåelse af aftalen.

*Stk. 2.* Kan ingen ret efter stk. 1 anses som værneting i sagen , kan sager vedrørende formueretsforhold mod de i stk. 1 nævnte personer anlægges ved retten på det sted, hvor de ved stævningens forkyndelse opholder sig.

*Stk. 3.* Sager vedrørende formueretsforhold mod de i stk. 1 nævnte personer og sammenslutninger kan endvidere, hvis der ikke er værneting efter reglen i stk. 1, anlægges ved retten på det sted, hvor den pågældende person eller sammenslutning på tidspunktet for sagens anlæg har gods, eller hvor det gods, kravet angår, befinder sig på tidspunktet for sagens anlæg. Afværges arrest i gods gennem sikkerhedsstillelse, betragtes sikkerhedsstillelsen som gods, der befinder sig på det sted, hvor arrestbegæringen er eller i givet fald skulle være indgivet.

## ANDET AFSNIT. RETTERGANGSMÅDEN

**Kap. 36. Anke**

**§ 372**
Ankefristen er 4 uger. Fristen regnes fra dommens afsigelse.

*Stk. 2.* Anke sker ved indlevering af ankestævning til den ret, hvis dom indankes. Den ret, hvis dom indankes, sender inden 1 uge efter modtagelse af anken sagens dokumenter til ankeinstansen. Anke skal ske inden ankefristens udløb eller, hvis der er meddelt tilladelse efter § 368, stk. 2, § 371 eller § 453, stk. 2, inden 4 uger efter, at tilladelsen er meddelt ansøgeren. Indleveres stævningen senere, afvises anken. Ankeinstansen kan dog undtagelsesvis tillade anke indtil 1 år efter dommens afsigelse. Stævningen skal i så fald indleveres inden 4 uger efter tilladelsens meddelelse. Bestemmelserne i § 398 finder tilsvarende anvendelse ved behandlingen af ansøgning om tilladelse til anke efter fristens udløb. Landsrettens afgørelse kan kun indbringes for Højesteret efter reglerne i § 392, stk. 3-5.

*Stk. 3.* En anke, der hæves eller afvises af anden grund end overskridelse af fristen efter stk. 2, kan med rettens tilladelse på ny tages under behandling, såfremt ny ankestævning indleveres på rettens kontor inden 2 uger efter, at sagen blev hævet eller afvist.

| LBKG 09-15-2021 No. 1835 |
|---|

Statutory Order 09-15-2021 No. 1835
Administration of Justice

**Third book.  Civil administration of justice**

**FIRST SECTION.  GENERAL PROVISIONS**

**Ch. 21.  Case jurisdiction**

**§ 224**
Civil lawsuits are handled in the 1st instance by the city court, unless otherwise determined by this or another law.

**§ 226**
Upon request of a party, the city court may refer a case for hearing by a high court, if the case is of a principled nature and has general significance for law enforcement and development or an essentially societal range, in addition.

*Art. 2.*  If the parties have agreed that the case will be handled by the city court, referral may only be made upon request of both parties.  Referral may not be made in the cases dealt with in chapters 42, 42a, 43, 43a, 43b and 44.

*Art. 3.*  Request for referral will be proposed at the latest at the preparatory meeting, cf. § 353, or, if such a meeting is not held, 4 weeks at the latest after the court's notification that a preparatory meeting will not be held.  In special cases the court may, however, refer the case subsequent to a request proposed later, but before the end of the preparation.

*Art. 4.*  Decision of whether a case will be referred or not is taken by order of the court.

*Art. 5.*  The high court insures by its own operation that the conditions for referral in *Art. 1* are fulfilled.  If the conditions are not fulfilled the high court will refuse to handle the case in the 1st instance and will send the case to the city court for continued hearing.  The high court's decision is made by order.

**Ch. 22.  Local jurisdiction**
**§ 243**
Cases, for which there is a penalty, restitution or redress because of law violations, may be brought to court in the place where the law violation took place.

**§ 246**
Suits against persons, companies, associations, private institutions and other unions that do not have a home court in Denmark may be brought in this country, insofar that some right according to §§ 237, 238, Item 2, 241, 242, 243 and 245 can be considered as a venue in the matter.  In cases concerning consumer agreements, the consumer may bring the matter against the persons and associations named in sentence 1 to their own home court, insofar the proposal of a special offer or advertisement in Denmark

has preceded the agreement's conclusion and the consumer has undertaken the dispositions in this country which are necessary for the conclusion of the agreement.

*Art. 2.*  If no right according to *Art. 1* may be considered as a venue in the case, cases concerning property rights against persons named in *Art. 1* may be brought to court in the place where they reside upon being served a summons.

*Item 3.*  If there is no venue according to the provision in *Art. 1*, cases concerning property rights against the persons and associations named in *Art. 1* may furthermore be brought to court in the place where the concerned person or association at the time of the case's placement has property or where the property the claim deals with is located at the time that the case is brought to court.  If seizure of property is averted by collateral, the collateral is looked upon as property that is located at the place where the seizure request is or, in any case, would be submitted.


**SECOND SECTION.  PROCEDURE**

**Ch. 36.  Appeal**

**§ 372**
Appeal deadline is 4 weeks.  The deadline is reckoned from the court's ruling.

*Art. 2.*  Appeal occurs upon delivery of appeal writ to the court if a judgement is appealed.  The court, if a judgement is appealed, will send the case's documents to the appeal body within 1 week after receipt of the appeal.  Appeal will occur within the appeal deadline's expiration or, if permission is reported according to § 368, *Art. 2*, § 371 or § 453, *Art. 2*, within 4 weeks after permission is reported to the petitioner.  If the writ is delivered later, the appeal will be refused.  The appeal body may, however, as an exception, permit an appeal for up to 1 year after the court's ruling.  In such a case, the writ will be delivered within 4 weeks after the notification of permission.  The provisions in § 398 find corresponding application in the handling of permission for appeal after the expiration of the deadline.  The high court's decision may only be presented to the Supreme Court according to the provisions in § 392, *Art. 3-5*.

*Art. 3.*  An appeal, that is withdrawn or rejected for a reason other than exceeding the deadline according to *Art. 2*, may be newly taken up with the court's permission, insofar as a new appeal writ is delivered to the office of the court within 2 weeks after the case was withdrawn or rejected.



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK    )
                     )                ss:
COUNTY of NEW YORK   )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "Danish Administration of Justice Act, Sections 224, 226, 243, 246, 372(1)"- originally written in Danish, -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into English.

Dated: 4/14/2022

_____
Heather Cameron
Projects Manager
Consortra Translations

Sworn to and signed before ME
This 14th day of April, 2022

_____
Notary Public

JAMES G MAMERA
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Commission Expires Dec. 4, 2022

Your legal translation partner