# Exhibit 11_T

## Annex 2.  Reimbursement of dividend tax to foreign dividend recipients - overall business description.

Outside the spreadsheet scheme.

| Step | Action |
|---|---|
| 1 | **Receiving and sorting** |
|  | The refund request is received and sorted as follows:<br>• Danish account - 1: Application for a refund amount to account with Danish financial institution. Multiple recipients shall be reported in the same bundle number.<br>• Danish account - 2: Application for more refunds (for the same recipient) to account with Danish financial institution. Only 1 consignee is reported in the same bundle number. This ensures that the account number is to be entered only once and the accounts receive a report with a total amount for the person concerned, in accordance with Article 11(1) of Regulation (EC) No 1257/1999. also step 7.<br>• SWIFT/IBAN - 1: Application for a refund amount to account with foreign financial institution. Multiple recipients shall be reported in the same bundle number.<br>• SWIFT/IBAN - 2: Application for multiple refunds (for the same recipient) to account with foreign financial institution. Only 1 consignee is reported in the same bundle number.<br>• Various banks: Multiple recipients with foreign bank accounts; refunded to the foreign bank's account with a Danish financial institution. |
| 2 | **Verification of application** |
|  | It shall be verified that the application (form 06.003 and others) has been completed correctly and that the necessary supporting documents, including:<br>• That it has been correctly certified.<br>• That documentation of dividend amounts and withholding dividend tax is attached. In the case of listed shares, this is the dividend announcement received from the bank. In the case of unlisted shares, this is the investor letter/notice that can be printed from SKAT's KeySelv solution.<br>• That the necessary power of attorney exists if the request is from persons (representative) other than the beneficial owner.<br>• That account number is in the correct format; and that name, address, etc. votes to the attached documentation. Is there a IBAN.nr. format is first checked by reporting in 3S. |
| 3 | **Control and statement of amounts** |
|  | The amount applied for shall be checked, including:<br>• That the amount of repayment has been calculated correctly in relation to the relevant double taxation convention.<br>The most common rates/most relevant EDAs are listed or noted in spreadsheets and it is determined that the correct rate has been applied.<br>• That the amount has been calculated correctly in relation to the attached documentation. There will often be several different dividend announcements for the same request.  The amount applied for shall be verified as follows:<br>   o Calculation is carried out in spreadsheets (however, not journalized)<br>   o Danish kroner are converted into and paid out. The amount shall be calculated as dividend tax per share in Danish kroner times the number of shares, according to Documentation. |
| 4 | **Incomplete documentation** |

|   |   |
|---|---|
|   | In the absence of information, the application shall be returned to the applicant or his representative, indicating the points in which the application is defective. If the amount applied for has not been correctly determined, the amount shall be corrected and the correct amount paid. |
| 5 | **Spreadsheet Registration** |
|   | The amount applied for shall be listed in spreadsheets for the purposes of:<br>• Ex post verification of the reporting in the 3S/FDU report.<br>• Compilation of total statistics on the number of cases and amounts paid<br>• Any subsequent search of the case/request. |
| 6 | **Registration in 3S** |
|   | Reporting in 3S is as follows:<br>• The dividends of the distributing company are given in the following picture:<br><br>• The button "Prepared exemption from Danish dividend tax" is selected and information is entered in the following image:<br><br>The reporting in 3S ensures that the total payment does not exceed the total declared dividend tax. However, due to a system error in 3S, it is not possible to carry out this check in all cases. |
| 7 | **Formation of disbursement list (FDU report)** |
|   | The alert in 3S forms an FDU report that is sent to a separate mail mailbox.  The reports are run/formed daily at 11:00 a.m. 17.00. This disbursement list ( FDU report) |

|   |   |
|---|---|
|   | - Reconcile to the amount listed on the worksheet<br>- For differences, errors are found and corrected<br>- If the FDU report is correct, the voucher shall be added for payment; |
| 8 | **Bookkeeping and disbursement** |
|   | There is functional separation in connection with the payment of the refund amount.<br>- Case officer submits payment list (FDU report) to accounting employee 1<br>- Accountant employee 1 creates the payment via Danske Bank in the designated account.<br>- Accountant 2 receives the payout list and checks that the transfer is made to the correct customer and that the amount has been correctly calculated in relation to the payout list.<br>- The amount is released by the accountant 2. |
| 9 | **Registration Summary** |
|   | The request is registered as follows:<br>- In system 3S when reporting, where the FDU report forms the basis for payment<br>- On worksheets where sum amounts and bundle numbers are noted<br>- The request/form with the attached documentation is archived after processing in boxes and stored for 5 years. Each request can be obtained using the bundle number. |