# Exhibit 52

| | |
|---|---|
| **From:** | adam@RJMCapitalp.com |
| **Sent:** | Thursday, April 11, 2013 7:39 AM |
| **To:** | 'execution' <execution@fgcsecurities.com> |
| **Subject:** | RE: Request for Liquidity - AP MOELLER-MAERSK A/S-B |

Ok Great – we will seek approval from our Clearer now.

Best,


Adam La Rosa
Authorized Representative
RJM Capital Pension Plan
e-mail: adam@RJMCapitalp.com

---

**From:** execution [mailto:execution@fgcsecurities.com]
**Sent:** Thursday, April 11, 2013 7:30 AM
**To:** adam@RJMCapitalp.com
**Subject:** RE: Request for Liquidity - AP MOELLER-MAERSK A/S-B

Adam – we have liquidity for this one. Will execute upon approval from clearer. thanks

---

**From:** adam@RJMCapitalp.com [mailto:adam@RJMCapitalp.com]
**Sent:** Thursday, April 11, 2013 6:26 AM
**To:** Execution
**Subject:** Request for Liquidity - AP MOELLER-MAERSK A/S-B

Good Morning – hope all is well.

Pursuant to Section 3.3(a) of the Guarantee Deed among Solo Capital Partners LLP, RJM Capital Pension Plan and FGC Securities ...

RJM Capital Pension Plan – Account RJM01 – hereby seeks liquidity for the following transactions:

- **BUY CASH EQUITITES**
- **ISSUER NAME** – AP MOELLER-MAERSK A/S-B
- **ISIN** – DK0010244508
- **TICKER** – MAERSKB DC
- **SHARES** – 10,400
- **PRICE** – 43,680.2893
- **TRADE DATE** – 11 April 2013
- **SETTLEMENT DATE/STOCK PURCHASE VALUE DATE** – 17 April 2013
- **BROKER** – FGC Securities

Please contact us to confirm what you are seeing and if you have liquidity to offer.


Adam La Rosa
Authorized Representative
RJM Capital Pension Plan
e-mail: adam@RJMCapitalp.com

Highly Confidential                                                                                                     MPSKAT00077088