# Exhibit 56

| | |
|---|---|
| **From:** | adam@RJMCapitalp.com |
| **Sent:** | Thursday, April 11, 2013 6:26 AM |
| **To:** | Execution (execution@fgcsecurities.com) |
| **Subject:** | Request for Liquidity - AP MOELLER-MAERSK A/S-B |

Good Morning – hope all is well.

Pursuant to Section 3.3(a) of the Guarantee Deed among Solo Capital Partners LLP, RJM Capital Pension Plan and FGC Securities …

RJM Capital Pension Plan – Account RJM01 – hereby seeks liquidity for the following transactions:

- **SELL FUTURES**
- **DESCRIPTION** – MAY (AP MOELLER-MAERSK A/S-B) June Bclear Cash Flex Futures
- **EXPIRY** – 21 June 2013
- **CONTRACTS** – 104
- **PRICE**:  42,821.3100
- **TRADE DATE** – 11 April 2013
- **BROKER** – FGC Securities

Please contact us to confirm what you are seeing and if you have liquidity to offer.

Adam La Rosa
Authorized Representative
RJM Capital Pension Plan
e-mail: adam@RJMCapitalp.com