# Exhibit 57

| | |
|---|---|
| **From:** | adam@RJMCapitalp.com |
| **Sent:** | Tuesday, April 16, 2013 7:18 AM |
| **To:** | 'sbl@colbrooklimited.com' |
| **Subject:** | RE: MAERSKB DC BORROW |
| **Attach:** | RJM - STOCK LOAN - MaerskB.docx |

Hope all is well.

Yes we are interested – please see attached terms and if acceptable we will seek approval from our Custodian.

Best,


Adam La Rosa
Authorized Representative
RJM Capital Pension Plan
e-mail: adam@RJMCapitalp.com

**From:** sbl@colbrooklimited.com [mailto:sbl@colbrooklimited.com]
**Sent:** Tuesday, April 16, 2013 6:57 AM
**To:** adam
**Subject:** MAERSKB DC BORROW

Morning Adam, hope all is well with you, we are looking to Borrow some MAERSKB DC Sett T+1 if you have any that would be a great help.

Many Thanks

Martin Smith

Highly Confidential

MPSKAT00077639