# Exhibit 61

| | |
|---|---|
| From: | adam@RJMCapitalp.com |
| Sent: | Thursday, June 13, 2013 8:45 AM |
| To: | 'execution' <execution@fgcsecurities.com> |
| Subject: | RE: Request for Liquidity - AP MOELLER-MAERSK A/S-B |

Ok great – will seek approval now from our Clearer.

Best,


Adam La Rosa

Authorized Representative

RJM Capital Pension Plan

e-mail: adam@RJMCapitalp.com

From: execution [mailto:execution@fgcsecurities.com]
Sent: Thursday, June 13, 2013 8:41 AM
To: adam@RJMCapitalp.com
Subject: RE: Request for Liquidity - AP MOELLER-MAERSK A/S-B

Adam – you are filled on this one. Will await clearer approval. thanks

From: adam@RJMCapitalp.com [mailto:adam@RJMCapitalp.com]
Sent: Thursday, June 13, 2013 7:49 AM
To: Execution
Subject: Request for Liquidity - AP MOELLER-MAERSK A/S-B

Good Morning – hope all is well.

Pursuant to Section 3.3(a) of the Guarantee Deed among Solo Capital Partners LLP, RJM Capital Pension Plan and FGC Securities ...

RJM Capital Pension Plan – Account RJM01 – hereby seeks liquidity for the following transactions:

- SELL CASH EQUITITES
- ISSUER NAME – AP MOELLER-MAERSK A/S-B
- ISIN – DK0010244508
- TICKER – MAERSKB DC

Highly Confidential   MPSKAT00085175

- SHARES – 10,400
- PRICE – 40,750.2863
- TRADE DATE – 13 JUNE 2013
- SETTLEMENT DATE/STOCK PURCHASE VALUE DATE – 18 JUNE 2013
- BROKER – FGC Securities

Please contact us to confirm what you are seeing and if you have liquidity to offer.

Adam La Rosa
Authorized Representative
RJM Capital Pension Plan
e-mail: adam@RJMCapitalp.com