# Exhibit 63

| | |
|---|---|
| From: | adam@RJMCapitalp.com |
| Sent: | Thursday, June 13, 2013 7:49 AM |
| To: | Execution (execution@fgcsecurities.com) |
| Subject: | Request for Liquidity - AP MOELLER-MAERSK A/S-B |

Good Morning – hope all is well.

Pursuant to Section 3.3(a) of the Guarantee Deed among Solo Capital Partners LLP, RJM Capital Pension Plan and FGC Securities …

RJM Capital Pension Plan – Account RJM01 – hereby seeks liquidity for the following transactions:

- BUY FUTURES
- DESCRIPTION – MAY (AP MOELLER-MAERSK A/S-B) June Bclear Cash Flex Futures
- EXPIRY – 21 June 2013
- CONTRACTS – 104
- PRICE: 40,750.94
- TRADE DATE – 13 JUNE 2013
- BROKER – FGC Securities

Please contact us to confirm what you are seeing and if you have liquidity to offer.

Adam La Rosa
Authorized Representative
RJM Capital Pension Plan
e-mail: adam@RJMCapitalp.com