# Exhibit 64

| | |
|---|---|
| **From:** | FGC Execution <execution@fgcsecurities.com> |
| **Sent:** | Thursday, June 13, 2013 11:14 AM |
| **To:** | adam@RJMCapitalp.com |
| **Subject:** | RE: Request for Liquidity - AP MOELLER-MAERSK A/S-B |
| **Attach:** | RJMC_MAERS_20130613_0003_A1.pdf |

Adam – please find attached confirm for below trade. Please let us know immediately if there's any discrepancy.
Thanks
FGC

---

**From:** adam@RJMCapitalp.com [mailto:adam@RJMCapitalp.com]
**Sent:** Thursday, June 13, 2013 7:49 AM
**To:** Execution
**Subject:** Request for Liquidity - AP MOELLER-MAERSK A/S-B

Good Morning – hope all is well.

Pursuant to Section 3.3(a) of the Guarantee Deed among Solo Capital Partners LLP, RJM Capital Pension Plan and FGC Securities …

RJM Capital Pension Plan – Account RJM01 – hereby seeks liquidity for the following transactions:

- **BUY FUTURES**
- **DESCRIPTION** – MAY (AP MOELLER-MAERSK A/S-B) June Bclear Cash Flex Futures
- **EXPIRY** – 21 June 2013
- **CONTRACTS** – 104
- **PRICE**: 40,750.94
- **TRADE DATE** – 13 JUNE 2013
- **BROKER** – FGC Securities

Please contact us to confirm what you are seeing and if you have liquidity to offer.

Adam La Rosa
Authorized Representative
RJM Capital Pension Plan
e-mail: adam@RJMCapitalp.com

Highly Confidential                                                                                          MPSKAT00085290



**FGC SECURITIES LLC**
12 Desbrosses Street
New York, NY 10013
e: execution@fgcsecurities.com

CLIENT:  **RJM CAPITAL PENSION PLAN**
REF #:   **RJMC_MAERS_20130613_0003_A1**
DATE:    **June 13, 2013**

## EQUITY FUTURES CONFIRMATION

Client and FGC Securities agree that this confirms the terms and conditions of the following Equity Futures Transaction:

| | |
|---|---|
| Transaction Type Type: | **SINGLE STOCK FUTURES** |
| Listed / OTC | **LISTED** |
| Futures Trade Date: | **June 13, 2013** |
| Client | **RJM CAPITAL PENSION PLAN** |
| Buy / Sell: | **BUY** |
| Futures Contract: | **MAY (MAERSKB DC) JUN13 Bclear Flex Futures** |
| Exchange: | **BCLEAR** |
| Futures Quantity: | **104** |
| Futures Price: | **40,750.9400** |
| Futures Expiry Date: | **June 21, 2013** |
| Futures Notional: | **423,809,776.00** |
| Settlement Type: | **CASH** |
| Underlying Reference: | **MAERSKB DC | AP MOELLER-MAERSK A/S-B | 4253048** |
| Reference Units: | **10,400** |
| Trade Currency: | **DKK** |
| Reference Price: | **40,750.2863** |
| Reference Notional: | **423,802,977.52** |
| Delta: | **100.00** |
| Multiplier: | **100.00** |

| Commission: | 10,595.24 | DKK |
|---|---|---|
| USD FX: | 5.59 | |
| **Commission** | **1,895.39** | **USD** |

*To be invoiced montly

We thank you for the opportunity to have been of service to you and trust that the above correctly represents your understanding of the transaction in question. Failure to object in writing to the transaction confirmed above by the earlier of 24 hours after your receipt of this confirmation or prior to 9 a.m. local market time on the settlement date shall be deemed your agreement to the correctness of this confirmation. Please note we have acted only as agent in this transaction and are not responsible for the financial viability of any counterparties we have matched you with nor are we responsible for the performance of this or any other transaction we have arranged. You agree that FGC shall have no liability to any party if any party is for any reason restricted from entering into or fails to perform obligations within this transaction

Regards,
**FGC Securities**