# Exhibit 65



**Solo Capital**

4 Throgmorton Avenue
London EC2N 2DL

## DIVIDEND CREDIT ADVICE
### Issue Date: 17th April 2013, Issue No: 285

**RJM Capital Pension Plan**
1010 Fifth Avenue
Apt 1D
New York
NY 10028
United States of America

**Date: 17th April 2013**

Dear Sirs,

Please be advised that we have credited your account RJM01, for the value date of 17th April 2013. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **AP MOELLER-MAERSK A/S - B SHARES** |
| **Sedol:** | 4253048 |
| **ISIN:** | DK0010244508 |
| **Pay Date:** | 17th April 2013 |
| **No of Shares:** | 10,400 |
| **Gross Dividend:** | DKK 12,480,000.00 |
| **Tax:** | DKK 3,369,600.00 |
| **Net Dividend:** | DKK 9,110,400.00 |

Name: Jas Bains
**Solo Capital Partners LLP**

Solo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority of the United Kingdom (FCA Registration Number 566923, Company Number OC367979, VAT Registration Number 123 3462 46)

CONFIDENTIAL



## Solo Capital

4 Throgmorton Avenue
London EC2N 2DL

---

### DIVIDEND CREDIT ADVICE
#### Issue Date: 17th April 2013, Issue No: 265

---

**RJM Capital Pension Plan**
1010 Fifth Avenue
Apt 1D
New York
NY 10028
United States of America

**Date: 17th April 2013**

Dear Sirs,

Please be advised that we have credited your account RJM01, for the value date of 17th April 2013. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **AP MOELLER-MAERSK A/S - A SHARES** |
| **Sedol:** | 4253059 |
| **ISIN:** | DK0010244425 |
| **Pay Date:** | 17th April 2013 |
| **No of Shares:** | 4,200 |
| **Gross Dividend:** | DKK 5,040,000.00 |
| **Tax:** | DKK 1,360,800.00 |
| **Net Dividend:** | DKK 3,679,200.00 |

**Name: Jas Bains**
**Solo Capital Partners LLP**

Solo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority of the United Kingdom (FCA Registration Number 566533, Company Number 0C367979, VAT Registration Number 173 3462 46)

CONFIDENTIAL

WH_MDL_00268446