# Exhibit 66

| | |
|---|---|
| **From:** | octave@hydracapitallimited.com |
| **To:** | sunrisecross@sunrisebrokers.com <sunrisecross@sunrisebrokers.com> |
| **CC:** | Trading@BasaltPension.com <Trading@BasaltPension.com> |
| **Sent:** | 3/26/2015 5:39:42 AM |
| **Subject:** | New Equity Order for 178,044 of CARLSBERG AS-B |

Hi Sunrise Brokers,

Looking to BUY the following

178,044 CARLSBERG AS-B @ closing price for settlement date 31 March 2015

Can you let me know if you can help

Regards
Basalt Ventures LLC Roth 401(K) Plan

CONFIDENTIAL
WH_MDL_00040596