# Exhibit 75

| | |
|---|---|
| **From:** | octave@hydracapitallimited.com |
| **To:** | trading@tjmpartners.com <trading@tjmpartners.com> |
| **CC:** | Trading@RoadcraftPension.com <Trading@RoadcraftPension.com> |
| **Sent:** | 3/26/2015 8:55:33 AM |
| **Subject:** | New Equity Order for 887,986 of CARLSBERG AS-B |

Hi The TJM Partnership PLC,

Looking to BUY the following

887,986 CARLSBERG AS-B @ closing price for settlement date 31 March 2015

Can you let me know if you can help

Regards
Roadcraft Technologies LLC Roth 401(K) Plan

CONFIDENTIAL

WH_MDL_00021131