# Exhibit 77

## Trade Confirmation

Client          Roadcraft Technologies LLC Roth 401(K) Plan
Trade Date      26/03/2015

TJM are pleased to confirm the following details of your transaction:

**Trade Details**

| | |
|---|---|
| Ticker | CARLB DC |
| Underlying | CARLSBERG AS-B |
| ISIN | DK0010181759 |
| Market | OTC |
| Currency | DKK |
| Shares | 887,986 |
| Gross Price | 571.50 |
| Nominal | 507,483,999.00 |
| Client Buy/Sell | BUY |
| Settlement | 31/03/2015 |
| SEDOL | 4169219 |

This bargain has been dealt on an execution only basis by us and as per your standing instructions will be settled/delivered to your nominated custodian.

Yours faithfully,



**Tim Jenkins**
**Managing Partner**

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

CONFIDENTIAL                                                                                   WH_MDL_00137241

# Trade Confirmation

E trading@tjmpartners.com | T +44 (0)20 7965 4620

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

CONFIDENTIAL                                                                                                               WH_MDL_00137242

**Trade Confirmation**



The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

CONFIDENTIAL                                                                                                                                        WH_MDL_00137243

**Trade Confirmation**

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

CONFIDENTIAL    WH_MDL_00137244