# Exhibit 79

| | |
|---|---|
| Message | |
| **From**: | octave@hydracapitallimited.com [octave@hydracapitallimited.com] |
| **Sent**: | 3/26/2015 7:23:33 AM |
| **To**: | trading@tjmpartners.com |
| **CC**: | trading@fwccap.com |
| **Subject**: | New Equity Order for 903,635 of CARLSBERG AS-B |

Hi The TJM Partnership PLC,

Looking to BUY the following

903,635 CARLSBERG AS-B @ closing price for settlement date 31 March 2015

Can you let me know if you can help

Regards
The FWC Capital LLC Pension Plan