# Exhibit 80

## Trade Confirmation

Client            The FWC Capital LLC Pension Plan
Trade Date        26/03/2015

TJM are pleased to confirm the following details of your transaction:

### Trade Details

Ticker            CARLB DC
Underlying        CARLSBERG AS-B
ISIN              DK0010181759
Market            OTC
Currency          DKK
Shares            903,635
Gross Price       571.50
Nominal           516,427,402.50
Client Buy/Sell   BUY
Settlement        31/03/2015
SEDOL             4169219

This bargain has been dealt on an execution only basis by us and as per your standing instructions will be settled/delivered to your nominated custodian.

Yours faithfully,



**Tim Jenkins**
**Managing Partner**

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

**Trade Confirmation** E trading@tjmpartners.com | T +44 (0)20 7965 4620

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

FWCCAP00000036

**Trade Confirmation**



The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

FWCCAP00000037

**Trade Confirmation**

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

FWCCAP00000038