# Exhibit 83

Message

| | |
|---|---|
| **From**: | octave@hydracapitallimited.com [octave@hydracapitallimited.com] |
| **Sent**: | 3/30/2015 6:07:58 AM |
| **To**: | trading@fwccap.com |
| **CC**: | info@diversevision.com |
| **Subject**: | Stock Loan Order Filled for 903,635 of CARLSBERG AS-B |

Hi The FWC Capital LLC Pension Plan,

Thanks for the order you are filled.

LEND 903,635 CARLSBERG AS-B for settlement 31 March 2015 on trade date 30 March 2015 @ 86.46bps

Regards

Diverse Vision Limited