# Exhibit 85

| | |
|---|---|
| Message | |
| **From**: | Adrian Milne [AdrianMilne@bastioncapital.co.uk] |
| **Sent**: | 11/28/2014 12:08:12 AM |
| **To**: | 'trading@fwccap.com' [trading@fwccap.com] |
| **CC**: | Patrick Milne [PatrickMilne@bastioncapital.co.uk]; Adrian Milne [AdrianMilne@bastioncapital.co.uk]; Custody [custody@oldplc.com] |
| **Subject**: | Bastion confirmations 271114 |
| **Attachments**: | Bastion Capital London Trade Confirmation Equities FWC Capital 271114 CHR DC.pdf |

Hi

Please find attached confirmation for yesterday's trade

Kind regards

Adrian



Adrian Milne
BASTION CAPITAL LONDON LTD
12 Nicholas Lane, London EC4N 7BN
M +971 (0) 56 274 3172
http://www.bastioncapital.co.uk