# Exhibit 86

# Bastion Capital London Ltd Equities Trade Confirmation



Confirmation for client name: The FWC Capital LLC Pension Plan

Bastion Capital London has on your instructions arranged the following equities trade for you

Trade date: 27 November 2014

Stock: CHR HANSEN HOLDING A/S

ISIN: DK0060227585

Ticker: CHR DC

Settlement date/ Stock purchase value date: 2 December 2014

Transaction:

| B/S | Volume | Price |
|---|---|---|
| B | 846,864 | 258.90 |

Trade currency: DKK

Arranging Broker: Patrick Milne

Arrangement fee: DKK 2,740.66

Please notify any any errors or ommisions immediately to:

patrickmilne@bastioncapital.co.uk
12 Nicholas Lane
London EC4N 7BN
Mobile: +44 (0) 7866774717

Thank you for the trade

Telephone: +44 (0) 2076210924

www.bastioncapital.co.uk