# Exhibit 89

Message

| | |
|---|---|
| **From**: | octave@hydracapitallimited.com [octave@hydracapitallimited.com] |
| **Sent**: | 3/26/2015 8:03:39 AM |
| **To**: | sunrisecross@sunrisebrokers.com |
| **CC**: | trading@pacificindiallc.com |
| **Subject**: | New Equity Order for 180,313 of CARLSBERG AS-B |

Hi Sunrise Brokers,

Looking to BUY the following

180,313 CARLSBERG AS-B @ closing price for settlement date 31 March 2015

Can you let me know if you can help

Regards
The Proper Pacific LLC 401k Plan

PROPPACIF00002195