# Exhibit 91

Message

| | |
|---|---|
| **From**: | octave@hydracapitallimited.com [octave@hydracapitallimited.com] |
| **Sent**: | 3/30/2015 7:21:07 AM |
| **To**: | trading@pacificindiallc.com |
| **CC**: | info@treehurst.com |
| **Subject**: | Stock Loan Order Filled for 180,313 of CARLSBERG AS-B |

Hi The Proper Pacific LLC 401k Plan,

Thanks for the order you are filled.

LEND 180,313 CARLSBERG AS-B for settlement 31 March 2015 on trade date 30 March 2015 @ 86.46bps

Regards

Treehurst Limited