# Exhibit 93

Message

| | |
|---|---|
| **From:** | Adrian Milne [adrianmilne@bastioncapital.co.uk] |
| **Sent:** | 11/28/2014 12:28:36 AM |
| **To:** | trading@pacificindiallc.com |
| **CC:** | Patrick Milne [patrickmilne@bastioncapital.co.uk]; Adrian Milne [adrianmilne@bastioncapital.co.uk]; Custody [custody@oldplc.com] |
| **Subject:** | Bastion confirmation 271114 |
| **Attachments:** | Bastion Capital London Trade Confirmation Equities Proper Pacific 271114 CHR DC.pdf; image001.png |

Hi

Please find attached confirmation for yesterday's trade

Kind regards

Adrian



**Adrian Milne**
**BASTION CAPITAL LONDON LTD**
12 Nicholas Lane, London EC4N 7BN
M  +971 (0) 56 274 3172
http://www.bastioncapital.co.uk

PROPPACIF00001326