# Exhibit 102

CONFIDENTIAL
Gry Ahlefeld-Engel - September 24, 2021

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)

_____
                                   )
IN RE:                             )
                                   )
CUSTOMS AND TAX ADMINISTRATION OF  )
THE KINGDOM OF DENMARK             )
(SKATTEFORVALTNINGEN) TAX REFUND   )
SCHEME LITIGATION                  )
                                   )
_____)


C O N F I D E N T I A L


VIDEO DEPOSITION OF
GRY AHLEFELD-ENGEL
Copenhagen, Denmark
Friday, September 24, 2021


Reported by: CHRISTINE MYERLY

CONFIDENTIAL
Gry Ahlefeld-Engel - September 24, 2021

16 (Pages 58 to 61)

Page 58

1  directly.
2           MR. WEINSTEIN:  Okay.
3  BY MR. BAHNSEN:
4       Q     Have SKAT and S☐IK shared
5  information through formal channels?
6       A     We have.
7       Q     Did you discuss this with Mr. Fry
8  during the interview?
9       A     The specific documents, no.
10      Q     But you discussed the fact that
11 there is some form of information sharing that has
12 occurred, correct?
13      A     Again, I don't remember the
14 specifics of the interview today, but it is
15 definitely possible that we talked about cooperation
16 between SKAT and S☐IK.
17      Q     You are aware of the information
18 sharing that has occurred, correct?
19      A     Yes, I am aware that some
20 information sharing within the Danish legal
21 framework has occurred.
22      Q     Can you describe what sort of
23 information has been shared?
24      A     In -- specifically in both
25 directions or from SKAT to S☐IK or S☐IK to SKAT?

Page 59

1       Q     Well, let's start from S☐IK to
2  SKAT.  Has S☐IK provided SKAT with any documents?
3       A     Well, let me just say generally,
4  the information flow from S☐IK to SKAT is fairly
5  limited.  They have ongoing criminal investigation,
6  so they are not at liberty to share their
7  information freely with SKAT.
8           I am aware that SKAT in my time as
9  director has requested information from S☐IK.  For
10 example, I believe we requested information on the
11 charges that S☐IK recently brought.  I think we
12 requested information on some specific asset
13 seizures, as examples.
14      Q     Have you received any documents or
15 other information from S☐IK in response to either of
16 those requests?
17      A     Yes, I believe we received answers
18 to both requests.
19      Q     Are there other requests that you
20 personally were involved with?
21      A     To S☐IK from SKAT?
22      Q     Correct.
23      A     I can recall another request where
24 we were ordered by the UK courts to request specific
25 documents from among other S☐IK that we sent.

Page 60

1       Q     So, S☐IK answered that request,
2  correct?
3       A     Yes, they did.
4       Q     Then SKAT produced those documents
5  in the United Kingdom?
6       A     Yes, I believe we did.
7       Q     Okay.  Any other requests for
8  information that SKAT directed to S☐IK that you can
9  recall?
10      A     Not that I can recall now, no.
11      Q     Are you aware that SKAT made
12 requests to S☐IK prior to your time as director?
13      A     I don't have personal knowledge of
14 that, no.
15      Q     I am asking a slightly different
16 question.  Are you aware that they have been made?
17      A     Excuse me, I didn't get that.
18      Q     So your answer was that you don't
19 have personal knowledge of that, but I am asking a
20 slightly different question, which is whether you
21 are aware that requests were made prior to your
22 time?
23      A     No, I don't know.
24      Q     Okay.  So, flipping the directions
25 now, are you aware of requests that S☐IK has made to

Page 61

1  SKAT?
2       A     I am aware that S☐IK has made
3  requests to SKAT, yes, but I don't have any specific
4  examples.
5       Q     Do you recall when those requests
6  were made?
7       A     No.
8       Q     Were they prior to your time as
9  the director?
10      A     I am aware of requests being made
11 in my time, but I don't remember the specifics of
12 the requests.
13      Q     Do you know who would be able to
14 tell me more about requests from S☐IK to SKAT?
15      A     Well, that would be on file in my
16 department.
17      Q     Somebody under your supervision
18 would be the person who would have fielded that
19 request?
20      A     It would have gone through me.  So
21 again, we would have filed it in my department.
22      Q     And then you would have delegated
23 to somebody else --
24      A     I would have.
25      Q     -- the task of responding?