# Exhibit 106

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)

_____
                                   )
IN RE:                             )
                                   )
CUSTOMS AND TAX ADMINISTRATION OF  )
THE KINGDOM OF DENMARK             )
(SKATTEFORVALTNINGEN) TAX REFUND   )
SCHEME LITIGATION                  )
                                   )
_____)


C O N F I D E N T I A L


VIDEO DEPOSITION OF
LEIF N. JEPPESEN
Copenhagen, Denmark
Monday, September 27, 2021




Reported by: CHRISTINE MYERLY

Page 142

1  Q   What was the point of sharing this
2  example with Mr. Tynell?
3      MR. SMITH:  Objection to form.
4  A   It was a good story.
5  BY MR. BAHNSEN:
6  Q   Did it also suggest that
7  declarations may not be sufficient evidence in some
8  cases?
9      MR. SMITH:  Objection to the form.
10 A   So, this is not meant -- this is
11 not a direct consequence of the example that I gave.
12 Declarations in general are legal and true, but
13 there can be examples when they are not, which this
14 was a very evident example of.
15 BY MR. BAHNSEN:
16 Q   Did you suspect that people were
17 submitting declarations in connection with reclaim
18 applications that were untrue?
19     MR. SMITH:  Objection to form.
20 A   Not necessarily.  I mean, untrue
21 in what way?  Because the issue remained who the
22 beneficial owner was when -- in connection with
23 stock lending, and then if those shares were to be
24 sold.  The issue remained unresolved and not solved
25 by the use of these declaration forms.

Page 143

1  BY MR. BAHNSEN:
2  Q   Are you saying that SKAT would
3  still have had to determine the question of
4  beneficial ownership?
5      MR. SMITH:  Objection to the form.
6  A   Yes.
7  BY MR. BAHNSEN:
8  Q   So if SKAT received two separate
9  declarations of beneficial ownership for the same
10 shares, SKAT would have to make a determination as
11 to which one is correct, correct?
12     MR. SMITH:  Objection to the form.
13 A   Yes.
14 BY MR. BAHNSEN:
15 Q   And that determination is a
16 determination of Danish tax law, correct?
17     MR. SMITH:  Objection to the form.
18 A   Yes.
19 BY MR. BAHNSEN:
20 Q   Do you recall whether the
21 declaration forms SKAT required in connection with
22 reclaims changed after your early warning?
23     MR. SMITH:  Objection to the form.
24 A   I don't know whether that
25 happened.

Page 144

1  BY MR. BAHNSEN:
2  Q   You were never told that it had
3  changed, were you?
4      MR. SMITH:  Objection to the form.
5  A   No.
6      MR. BAHNSEN:  Tell you what, let's go off
7  the record, please.
8      THE VIDEOGRAPHER:  Standby.  The time is
9  1:21 p.m. New York time.  We are going off the
10 record.
11     (Off the record.)
12     THE VIDEOGRAPHER:  The time is 1:36 p.m.
13 New York time and we are back on record.
14     MR. BAHNSEN:  Mr. Jeppesen, thank you very
15 much for your time today.  I have no further
16 questions for you.
17     THE WITNESS:  Okay.  Thank you.
18     MR. SMITH:  Does anybody else from the
19 defendants have any questions for Mr. Jeppesen?
20     MR. BAHNSEN:  I will let them pipe up, but
21 I assume in a few seconds we can take the silence as
22 a no.
23     (No response.)
24     MR. SMITH:  So we actually have a few
25 questions, Nick, but if we can go off the record for

Page 145

1  a moment.
2      MR. BAHNSEN:  Sure.
3      THE VIDEOGRAPHER:  Standby.  The time is
4  1:37 p.m. New York time and we are going off the
5  record.
6      (Off the record.)
7      THE VIDEOGRAPHER:  The time is 1:54 p.m.
8  New York time and we are back on record.
9          EXAMINATION
10 BY MR. SMITH:
11 Q   Good evening, Mr. Jeppesen.  I
12 just have a few questions for you.  Was it your
13 understanding that if someone borrowed shares, that
14 for the purpose of registration at VP securities,
15 the borrower would be the registered owner?
16 A   Yes.
17 Q   And as a result of the borrower
18 being the registered owner, a dividend distribution
19 made by a company would be made to the borrower?
20 A   Yes.
21 Q   However, under Danish tax law, it
22 was the lender that would be the beneficial owner.
23     MR. BAHNSEN:  Objection to form.
24 BY MR. SMITH:
25 Q   So in this scenario, there's a