**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case nos.: 18-cv-04051; 18-cv-09840; 18-cv-09841; 18-cv-10098; 19-cv-01812; 19-cv-01866; 19-cv-01898. | MASTER DOCKET<br><br>18-md-2865 (LAK)<br><br>**NOTICE OF ERRATA** |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

Plaintiff Skatteforvaltningen ("SKAT") hereby provides the following notice of errata and correction:

1.     An incorrect version of Exhibit 80 to the Declaration of Marc A. Weinstein dated April 29, 2022 ("First Weinstein Declaration") (ECF No. 824-98) was filed on June 15, 2022.  Attached hereto is the correct version of Exhibit 80.

2.     An incomplete version of Exhibit 86 to the First Weinstein Declaration (ECF No. 824-104) was filed on June 15, 2022.  Attached hereto is the correct version of Exhibit 86.

3.     An incorrect version of Exhibit 90 to the First Weinstein Declaration (ECF No. 824-108) was filed on June 15, 2022.  Attached hereto is the correct version of Exhibit 90.

4.     An incomplete version of Exhibit 98 to the First Weinstein Declaration (ECF No. 824-119) was filed on June 15, 2022.  Attached hereto is the correct version of Exhibit 98.

5.     An incomplete version of Exhibit 99 to the First Weinstein Declaration (ECF No. 824-120) was filed on June 15, 2022.  Attached hereto is the correct version of Exhibit 99.

6.     An incomplete version of Exhibit 100 to the First Weinstein Declaration (ECF No. 824-121) was filed on June 15, 2022.  Attached hereto is the correct version of Exhibit 100.

7.     An incorrect version of Exhibit 132 to the First Weinstein Declaration (ECF No. 824-171 through 824-175) was filed on June 15, 2022.  Attached hereto is the correct version of Exhibit 132.

8.     An incorrect version of Exhibit 201 to the Declaration of Marc A. Weinstein dated June 6, 2022 (ECF No. 835-14) was filed on June 27, 2022.  Attached hereto is the correct version of Exhibit 201.

9.     Exhibits 311 to 318 to the Declaration of Marc A. Weinstein dated August 4, 2022 and filed simultaneously with this notice of errata were cited in SKAT's summary judgment filings and inadvertently omitted.

10.    Further errata is noted below:

| Document | Original | Change | Reason for Change |
|---|---|---|---|
| SKAT's Mem of L in Support of Mot for Partial Summ J (ECF 817), p. 62, n.61 | (*See supra* pgs. 39 n.41, 51 n.51, 53 n.54.) | (*See supra* pgs. 39 n.40, 51 n.52, 54 n.55.) | Typographical error. |
| SKAT Mem of L in Opposition to D's Motion for Summ J (ECF 831) p. 17 | (quoting Andersen Decl. Ex. 35). | (quoting Andersen Decl. Ex. 34). | Typographical error. |

Dated: New York, New York
      August 16, 2022

Respectfully submitted,

*/s/ Marc A. Weinstein*

Marc A. Weinstein