# Errata Sheet

**Caption:** *In re Customs & Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Litigation*, Master Docket No. 18-md-2865 (LAK)

**Witness:** Shahab Hashemi

**Deposition Date:** October 7-8, 2021

| Page/Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|
| 16:16 | EMEACU | EMEA CEO | Transcription Error |
| 69:22, 25 | Kingly Capital | Kingham Capital | Spelling Error |
| 75:9-14 | ….after the transaction had matured.  So any dividends were received, and then there was a portion of which was allocated to the investment manager …. | ….after the transaction had matured, so any dividends were received, and then there was a portion of which was allocated to the investment manager …. | Transcription Error |
| 78:22-24 | I would have had some questions in which she would have asked. | I would have had some questions, which she would have answered. | Correction |
| 79:12-14 | Catherine Odigie, who was the head of – or is the head of ED&F Man Capital Markets | Catherine Odigie, who is the head of legal of ED&F Man Capital Markets | Clarification |
| 93:20-21 | I do not believe Acer to have accounts in its own name. | Acer did have an account in its own name. | Clarification |
| 103:24 | Gibralter | Gibraltar | Spelling Error |
| 137:11 | I believe it would. | It would not. | Clarification |
| 139:3 | B-line accounts | B-loan accounts | Transcription Error |
| 142:6-7 | … which I believe have been prepared for SKAT. | … which I believe have been produced to SKAT. | Clarification |
| 168:19 | ..purchased the share buy in order to be.. | ..purchased the share by in order to be… | Spelling Error |
| 169:1-3 | …the purchaser of the share would have to hold the dividend over the ex date…. | …the purchaser of the share would have to hold the security over the ex date…. | Transcription Error |
| 174:15-16 | BNP Paridas.com | bnpparibas.com | Spelling Error |
| 194:15-16 | …the pension plan held the security for the share…. | …the pension plan held the security or the share…. | Transcription Error |
| 201:10 | I don't know. | Yes, the trade has to settle. | Clarification |
| 222:7 | withhold the share | would hold the share | Transcription Error |