**Charlotte Woodward**

**From:** Andrew Wilkins <Andrew.Wilkins@makofinancialmarkets.com>
**Sent:** 20 March 2014 11:24
**To:** obottomley@edfmancapital.com
**Subject:** Trade Confirm
**Attachments:** 20140320TradeLogNFYSell.pdf

Good Morning,

Please find your trade confirm for NFY attached.

Kind Regards,

Andy Wilkins

----- MAKO -----
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately by e-mail and delete this e-mail from your system. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the Mako Group. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action with respect to the contents of this information is strictly prohibited. Finally, the recipient should check this email and any attachments for the presence of viruses. The Mako Group accepts no liability for any damage caused by any virus transmitted by this email.
For important disclosures please click <<http://www.makoglobal.com/UKRegulatoryNotice.html>>



Mako Financial Markets Partnership LLP
25 Christopher Street
London
EC2A 2BS

T: +44 (0) 20 7862 0400
F: +44 (0) 20 7862 0401
andrew.wilkins@makofinancialmarkets.com
www.makofinancialmarkets.com

Partnership Registration No: OC 306611

Member of Liffe. Eurex

Authorised and regulated by
the Financial Conduct Authority

For the attention of:

**Name** Oliver Bottomley
**Address** E D & F MAN Holdings Limited
HAYS LANE
7TH FLOOR COTTONS CENTRE
London
United Kingdom

**Email** obottomley@edfmancapital.com

SINGLE STOCK FUTURES

Trade Date: 20-Mar-14

Commission: DKK 0

Please find below the details of your SALE

| Product Code | Expiry | Currency | Quantity | Market Price | Total Value |
|---|---|---|---|---|---|
| NFY | 16-Apr-14 | DKK | 220,000 | 243.1300 | 5,348,860,000 |

Kind Regards,

Andy Wilkins,
Head of Equity Finance Sales

**Disclaimer**
Please inform Mako Financial Markets Partnership LLP immediately if any of the above details are incorrect. If you do not notify us of any errors or omissions within 24 hours we will assume your agreement.
Where Mako Financial Markets Partnerships LLP acts in the capacity of arranger, all counterparties understand, accept and agree that Mako Financial Markets Partnerships LLP is not a counterparty to the transaction.
Accordingly, all obligations arising from the transaction, including the settlement of differences, are those of the relevant transaction counterparties.
These counterparties are responsible for determining that each have the capacity, legal or otherwise to enter into the transaction.

## Charlotte Woodward

**From:** GOODWIN, Richard (CH Volcafe)
**Sent:** 20 March 2014 11:17
**To:** Chris Henstock (Capital Markets) (chenstock@edfmpt.ae)
**Cc:** Sara Mina (smina@edfmancapital.com); Victoria Foster (Capital Markets)
**Subject:** Confirm 12 NOVOB DC T+4
**Attachments:** 20032014NOVOBDC(EDFDubai2).pdf

Chris:

### Volcafe Cash Equity Confirmation

| | | |
|---|---|---|
| **Trade Date** | 20-Mar | |
| **Value Date** | 26-Mar | |
| **ED&F MCM obo ED&F Man Professional Trading Dubai** | **SELLS** | |
| **Trader** | CHRIS HENSTOCK | |
| **Stock** | **NOVO NORDISK A/S-B**<br>NOVOB DC Equity | |
| **ISIN** | DK0060534915 | |
| **Number Shares** | 12,000,000 | |
| **Splits** | 8 x 1,500,000 | |
| **CCY** | DKK | |
| **Gross Price** | 246.70000 | |
| **Notional** | | 2,960,400,000.00 |
| **Net Price** | 246.70000 | |
| **Net Notional** | | 2,960,400,000.00 |
| **Invoice at month End** | NA | |
| **Additional information:** | **Clearing JP Morgan** | |
| **Volcafe Clearing** | ICBC | |

Best regards,

Richard Goodwin.



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office: +41 52 264 94 56, Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch I www.volcafe.com

2

CONFIDENTIAL ED&F-00048755

VOLCAFE

Volcafe Cash Equity Confirmation

| | |
|---|---|
| **Trade Date** | 20-Mar |
| **Value Date** | 26-Mar |
| **ED&F MCM obo ED&F Man Professional Trading Dubai** | **SELLS** |
| **Trader** | CHRIS HENSTOCK |
| **Stock** | **NOVO NORDISK A/S-B**<br>NOVOB DC Equity |
| **ISIN** | DK0060534915 |
| **Number Shares** | 12,000,000 |
| **Splits** | 8 x 1,500,000 |
| **CCY** | DKK |
| **Gross Price** | 246.70000 |
| **Notional** | 2,960,400,000.00 |
| **Net Price** | 246.70000 |
| **Net Notional** | 2,960,400,000.00 |
| **Invoice at month End** | NA |
| **Additional information:** | **Clearing JP Morgan** |
| **Volcafe Clearing** | ICBC |

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch +41 52 264 94 94

## Charlotte Woodward

**From:** ROSS LIDDARD <rliddard@edfmancapital.com>
**Sent:** 20 March 2014 11:15
**Subject:** Bloomberg: Hello Chris,

**Greeting**: EQUITY FINANCE BROKER 0203 580 7639 07789 263 785 {B9} {#L}

---

Hello Chris,

To confirm ED&F DUBAI SELLS the following:

10,000,000 NOVOB DC (DK0060534915) @ DKK 246.70

SHAPES: 6 * 1,500,000 + 1,000,000

TRADE DATE: 20-MAR
VALUE DATE: 26-MAR

Thanks, Ross

---

**Sent By** :

**ROSS LIDDARD**, rliddard@edfmancapital.com, RLIDDARD3@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

**CHRIS HENSTOCK**, chris.henstock@edfman.com, CHENSTOCK2@Bloomberg.net, ED&F MAN PROFESSIONA

**CHENSTOCK**, CHENSTOCK@EDFMPT.AE, Unknown Company

---

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

---

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 2477 | 2014-03-20 11:59:43 PM (EDT)

Rosenblatt work product: extracts of shadow data

| Firm | DateBasis | Sequence | ExtRefID | TradeDate | EntryDate | SettlementDate | TradeAccount | Product | AssetAlias1 | Currency | Ticket | Transaction | Quantity | Proceeds | FinalPrice | Asset | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 234987 | EQ28573-105101 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,000,000 | 246700000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 234987 | EQ28573-105101 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,000,000 | 246700000.00 | 246.7000000000 | NOVOB DC | 1020035RISKPRICBC0 |
| E1 | TRD | 234996 | EQ28573-105099 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 234996 | EQ28573-105099 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020035RISKPRICBC0 |
| E1 | TRD | 235005 | EQ28573-105097 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 235005 | EQ28573-105097 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020035RISKPRICBC0 |
| E1 | TRD | 235011 | EQ28573-105095 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 235011 | EQ28573-105095 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020035RISKPRICBC0 |
| E1 | TRD | 235018 | EQ28573-105100 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 235018 | EQ28573-105100 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020035RISKPRICBC0 |
| E1 | TRD | 235020 | EQ28573-105098 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 235020 | EQ28573-105098 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020035RISKPRICBC0 |
| E1 | TRD | 235022 | EQ28573-105096 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 235022 | EQ28573-105096 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020035RISKPRICBC0 |
| E1 | TRD | 234988 | EQ28573-105090 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 234988 | EQ28573-105090 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 234991 | EQ28573-105093 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 234991 | EQ28573-105093 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 235000 | EQ28573-105087 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 235000 | EQ28573-105087 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 235002 | EQ28573-105092 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 235002 | EQ28573-105092 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 235003 | EQ28573-105089 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 235003 | EQ28573-105089 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 235008 | EQ28573-105094 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 235008 | EQ28573-105094 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 235010 | EQ28573-105091 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 235010 | EQ28573-105091 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 235016 | EQ28573-105088 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 235016 | EQ28573-105088 | 20/03/2014 | 2014-03-24 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | REP | SEL | 1,500,000 | 370050000.00 | 246.7000000000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 231958 | EQ28573-105118 | 20/03/2014 | 2014-03-20 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.7032500000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 231959 | EQ28573-105119 | 20/03/2014 | 2014-03-20 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.7032500000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 231960 | EQ28573-105120 | 20/03/2014 | 2014-03-20 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.7032500000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 231961 | EQ28573-105121 | 20/03/2014 | 2014-03-20 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.7032500000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 231962 | EQ28573-105122 | 20/03/2014 | 2014-03-20 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.7032500000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 231963 | EQ28573-105124 | 20/03/2014 | 2014-03-20 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.7032500000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 231964 | EQ28573-105125 | 20/03/2014 | 2014-03-20 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.7032500000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 231965 | EQ28573-105126 | 20/03/2014 | 2014-03-20 00:00:00.000 | 26/03/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,500,000 | 370054875.00 | 246.7032500000 | NOVOB DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 235455 | EQ28573-105279 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370054620.00 | 246.7030800000 | NOVOB DC | 1020035RISKPRICBC0 |
| E1 | TRD | 235457 | EQ28573-105280 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370054620.00 | 246.7030800000 | NOVOB DC | 1020035RISKPRICBC0 |
| E1 | TRD | 235462 | EQ28573-105282 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370054620.00 | 246.7030800000 | NOVOB DC | 1020035RISKPRICBC0 |
| E1 | TRD | 235465 | EQ28573-105281 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370054620.00 | 246.7030800000 | NOVOB DC | 1020035RISKPRICBC0 |
| E1 | TRD | 235474 | EQ28573-105283 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370054620.00 | 246.7030800000 | NOVOB DC | 1020035RISKPRICBC0 |
| E1 | TRD | 235475 | EQ28573-105284 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | BUY | 1,500,000 | 370054620.00 | 246.7030800000 | NOVOB DC | 1020035RISKPRICBC0 |
| E1 | TRD | 235480 | EQ28573-105285 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020035RISKPRICBC0 | EQUITY | DK0060534915 | DKK | REP | BUY | 1,000,000 | 246703080.00 | 246.7030800000 | NOVOB DC | 1020035RISKPRICBC0 |
| E1 | TRD | 235472 | EQ28573-105287 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020010DW0000CONST | EQUITY | DK0060534915 | DKK | REP | SEL | 3,850,000 | 949806858.00 | 246.7030800000 | NOVOB DC | 1020010DW0000CONST |
| E1 | TRD | 235478 | EQ28573-105286 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020010AMERICINVGR | EQUITY | DK0060534915 | DKK | REP | SEL | 3,500,000 | 863460780.00 | 246.7030800000 | NOVOB DC | 1020010AMERICINVGR |
| E1 | TRD | 235485 | EQ28573-105290 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020010KAMCO0LPPRO | EQUITY | DK0060534915 | DKK | REP | SEL | 3,500,000 | 863460780.00 | 246.7030800000 | NOVOB DC | 1020010KAMCO0LPPRO |
| E1 | TRD | 235488 | EQ28573-105288 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020010GOLDSTLAWGP | EQUITY | DK0060534915 | DKK | REP | SEL | 2,000,000 | 493406160.00 | 246.7030800000 | NOVOB DC | 1020010GOLDSTLAWGP |
| E1 | TRD | 235490 | EQ28573-105291 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020010LINDENADBPL | EQUITY | DK0060534915 | DKK | REP | SEL | 2,000,000 | 493406160.00 | 246.7030800000 | NOVOB DC | 1020010LINDENADBPL |
| E1 | TRD | 235491 | EQ28573-105289 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020010KAMCO0INVES | EQUITY | DK0060534915 | DKK | REP | SEL | 2,000,000 | 493406160.00 | 246.7030800000 | NOVOB DC | 1020010KAMCO0INVES |
| E1 | TRD | 235496 | EQ28573-105293 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020010MOIRA0ASSOC | EQUITY | DK0060534915 | DKK | REP | SEL | 3,150,000 | 777114702.00 | 246.7030800000 | NOVOB DC | 1020010MOIRA0ASSOC |
| E1 | TRD | 235498 | EQ28573-105292 | 20/03/2014 | 2014-03-25 00:00:00.000 | 26/03/2014 | 1020010RIVERSASSOC | EQUITY | DK0060534915 | DKK | REP | SEL | 2,000,000 | 493406160.00 | 246.7030800000 | NOVOB DC | 1020010RIVERSASSOC |

SWIFT Message Detail

Message ID 2713538 Retrieve

SWIFT Information

| | |
|---|---|
| **Msg Type**<br>545 | **Direction**<br>From Swift |
| **Status**<br>Closed | **Loc ID**<br>N/A |
| **Related Ref**<br>N/A | **Loc SWIFT ID**<br>N/A |
| **Transaction Ref**<br>PG325CJU1A001 | **Purpose**<br>N/A |
| **Asset Series**<br>277423 | **Curr Series**<br>277422 |
| **Reason Code**<br>N/A | **External ID**<br>N/A |
| **Trailer Hdr**<br>{MAC:00000000}{CHK:8834E49D2D4E} | **User Hdr**<br>{108:ISI4190850HHK000} |
| **Basic Hdr**<br>F01MACVG622AXXX0624077285 | **App Hdr**<br>O5451232140326PARBFRPPCXXX81974730411403261132N |
| **Load User**<br>SHSYSTEM | **Load Date**<br>26-03-2014 07:36:19 |
| **Load Port**<br>S608207NJ3VW07 | **Proc User**<br>N/A |
| **Proc Date**<br>[NULL] | **Proc Port**<br>N/A |
| **Duration**<br>N/A | **Instruction Date**<br>N/A |
| **ACK Date**<br>[NULL] | **OATS** ☐ |
| **File Name**<br>06846856.TXT | **OATS Sent** ☐ |
| **Memo** | |

Details (38)

Show Groups System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG325CJU1A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326122859 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000027742301 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//41395000010000774525F |
| 19 | 19 | 97A | :CASH//41395000010000724796K |
| 20 | 20 | 91P | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVTBEB8XXX |
| 29 | 29 | 97A | :SAFE//03255114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK870064875, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

Release Modify Tag Value

CONFIDENTIAL

SWIFT Message Detail Retrieved





SWIFT Message Detail

**Message ID** 2713570 **Retrie**

**SWIFT Information**

| | |
|---|---|
| **Msg Type**<br>545 | **Direction**<br>From Swift |
| **Status**<br>Closed | **Loc ID**<br>N/A |
| **Related Ref**<br>N/A | **Loc SWIFT ID**<br>N/A |
| **Transaction Ref**<br>PG325CJT9A001 | **Purpose**<br>N/A |
| **Asset Series**<br>277425 | **Curr Series**<br>277424 |
| **Reason Code**<br>N/A | **External ID**<br>N/A |
| **Trailer Hdr**<br>{MAC:00000000}{CHK:A804E4ED6D4E} | **UserHdr**<br>{108:ISI4190850HIA000} |
| **Basic Hdr**<br>F01MACVGB2ZAXXX0624077301 | **App Hdr**<br>O5451233140326PARBFRPPCXXX21974730451403261133N |
| **Load User**<br>SHSYSTEM | **Load Date**<br>26-03-2014 07:36:21 |
| **Load Port**<br>S608207NJ3VW07 | **Proc User**<br>N/A |
| **Proc Date**<br>[NULL] | **Proc Port**<br>N/A |
| **Duration**<br>N/A | **Instruction Date**<br>N/A |
| **ACK Date**<br>[NULL] | **OATS** ☐<br>**OATS Sent** ☐ |
| **File Name**<br>06846857.TXT | |
| **Memo** | |

CONFIDENTIAL

**Details (38)**

Show Groups System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG325CJT9A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326122858 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//545 |
| 7 | 7 | 20C | :RELA//E1000027743601 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//41329000010000776883F |
| 19 | 19 | 97A | :CASH//4132900001000072475SK |
| 20 | 20 | 91F | :SAFE//CUST/NDEADKXXXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKXXXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVT8E8SXXX |
| 29 | 29 | 97A | :SAFE//00295114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK870054875, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

ED&F-00048760

SWIFT Message Detail

**Message ID** 2713552

SWIFT Information

| | |
|---|---|
| **Msg Type**<br>545 | **Direction**<br>From Swift |
| **Status**<br>Closed | **Loc ID**<br>N/A |
| **Related Ref**<br>N/A | **Loc SWIFT ID**<br>N/A |
| **Transaction Ref**<br>PG325CJU2A001 | **Purpose**<br>N/A |
| **Asset Series**<br>277427 | **Curr Series**<br>277426 |
| **Reason Code**<br>N/A | **External ID**<br>N/A |
| **Trailer Hdr**<br>{MAC:00000000}{CHK:2814E49D151E} | **User Hdr**<br>{108:ISI4190850HHM000} |
| **Basic Hdr**<br>F01MACVG622AXXX0624077252 | **App Hdr**<br>O5451232140326PARBFRPPCXXX8157473042140326113 3N |
| **Load User**<br>SHSYSTEM | **Load Date**<br>26-03-2014 07:36:20 |
| **Load Port**<br>S608207NJ3VW07 | **Proc User**<br>N/A |
| **ProcDate**<br>[NULL] | **Proc Port**<br>N/A |
| **Duration**<br>N/A | **Instruction Date**<br>N/A |
| **ACK Date**<br>[NULL] | **OATS** ☐<br>**OATS Sent** ☐ |
| **File Name**<br>06846857.TXT | |
| **Memo** | |

**Details (38)**

Show Groups System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG325CJU2A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326122900 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000/7742701 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//41329000100007789 3F |
| 19 | 19 | 97A | :CASH//41329000100007247 96K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVT8E68XXX |
| 29 | 29 | 97A | :SAFE//00295114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK870054875, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

