

**E D & F MAN CAPITAL MARKETS LIMITED**

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, SV Holdings LLC Retirement Plan - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 1,047,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 3,439,395.00 |
| WHT Suffered: | 1,272,105.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to SV Holdings LLC Retirement Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations
Cottons Centre
Hay's Lane
London SE1 2QE
Regulated by the Financial Services Authority
Registered in England No 1292851
Telephone: +44 (0)20 7089 8000
CONFIDENTIAL
ED&F-00049542



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Tew Enterprises LLC Retirement Plan - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,189,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 7,190,865.00 |
| WHT Suffered: | 2,659,635.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Tew Enterprises LLC Retirement Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00049598





E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Tew LP Retirement Plan - 901 Aiken Road, Versailles, Kentucky, 40383, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,103,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 6,908,355.00 |
| WHT Suffered: | 2,555,145.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Tew LP Retirement Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                                                                              ED&F-00049656

716



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein - 61 Broadway, Suite 1915, New York, NY 10006, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,000,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 6,570,000.00 |
| WHT Suffered: | 2,430,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00049714

852



# E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Tveter LLC Pension Plan - 123 Colonial Road, New Canaan, Connecticut, 06840, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 225,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 739,125.00 |
| WHT Suffered: | 273,375.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Tveter LLC Pension Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00049766



E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm that the amount was paid into the account of CUBIX Managers Limited Partnership which held the below security over dividend date for 5T Advisory Services Retirement Plan Trust, 1 Harborview West, Lawrence, NY 11559, United States of America the beneficial owner of the security.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 670,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 2,200,950.00 |
| WHT Suffered: | 814,050.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were received by 5T Advisory Services Retirement Plan Trust, 1 Harborview West, Lawrence, NY 11559, United States of America net of withholding tax. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*C. Mackinnon*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                    ED&F-00073084

**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm that the amount was paid into the account of CUBIX Managers Limited Partnership which held the below security over dividend date for Uplands Consulting Retirement Plan Trust - 1301 Avenue of the Americas, 33rd Floor, New York, NY10019, United States of America the beneficial owner of the security.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 750,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 2,463,750.00 |
| WHT Suffered: | 911,250.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were received by Uplands Consulting Retirement Plan Trust- 1301 Avenue of the Americas, 33rd Floor, New York, NY10019, United States of America net of withholding tax. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No. 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                                              ED&F-00073107

# Novo Nordisk A/S — NOVOB DC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ISIN: DK0060534915 | | | SEDOL: BHC8X90 | | | | COUNTRY: DK |
| | EX DATE: | 21/03/2014 | REC DATE: | 25/03/2014 | PAY DATE: | 26/03/2014 | |
| | CCY: DKK | | GROSS RATE: | 4.50 | FEE: | 0.00 | |

## AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NV LP PENSION PLAN | 73% | 3,500,000 | | 11,497,500.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 640,000 | | 2,102,400.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 1,900,000 | | 6,241,500.00 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 672,000 | | 2,207,520.00 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 725,000 | | 2,381,625.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 739,000 | | 2,427,615.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 1,523,500 | | 5,003,085.00 | | | |
| CC:CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 519,000 | | 1,704,915.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 647,000 | | 2,125,395.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 750,000 | | 2,463,750.00 | | | |
| CC:CUBXBE-00000 | Cubix Managers Limited Partnerships | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:DW0000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 3,850,000 | | 12,647,250.00 | | | |
| CC:FEDLOG-FEDLO | FEDERATED LOGISTICS 401(K) PLAN | 73% | 10,000,000 | | 32,850,000.00 | | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO She | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:GSFSD0-TRAD0 | GSFS Trading Canada Corporate Pension Plan | 73% | 2,180,000 | | 7,161,300.00 | | | |
| CC:HAMLYN-LP00 | HAMLYN LP | 73% | 2,600,000 | | 8,541,000.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 676,000 | | 2,220,660.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 1,870,000 | | 6,142,950.00 | | | |
| CC:KAMCO0-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 900,000 | | 2,956,500.00 | | | |
| CC:KAMCO0-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 3,500,000 | | 11,497,500.00 | | | |
| CC:KAMCO0-INVFS | KAMCO INVESTMENTS INC PENSION PLAN | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:MOIRAB-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 3,150,000 | | 10,347,750.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 2,000,000 | | 6,570,000.00 | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 817,000 | | 2,683,845.00 | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 230,000 | | 755,550.00 | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 73% | 674,000 | | 2,214,090.00 | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 73% | 1,515,000 | | 4,976,775.00 | | | |
| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 73% | 616,000 | | 2,023,560.00 | | | |
| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 73% | 1,487,000 | | 4,884,795.00 | | | |
| CC:TVETER-TVETE | Tveter LLC Pension Plan | 73% | 225,000 | | 739,125.00 | | | |
| CC:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | -26,825,000 | | -88,120,125.00 | | | DL 273570 |
| CC:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | -10,000,000 | | -32,850,000.00 | | | |
| LC:GLOBAL-EQY01 | BNP Paribas Depot 778523F | 73% | | -11,080,000 | -36,397,800.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | 26,825,000 | | 88,120,125.00 | | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -26,825,000 | -88,120,125.00 | | | |

CONFIDENTIAL

ED&F-00446234

Message

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) [obottomley@edfmancapital.com] |
| **Sent:** | 21/03/2014 14:50:01 |
| **To:** | Mina, Sara (LDN) [smina@edfmancapital.com]; LDN-EQUITYFINANCE-TRADS-DL [LDN-EQUITYFINANCE-TRADS-DL@edfmancapital.com] |
| **BCC:** | fireland@edfmancapital.com; mhoward@edfmancapital.com; vfoster@edfmancapital.com; obottomley@edfmancapital.com; cscanlan@edfmancapital.com |
| **Subject:** | RE: NOVOB REHYP |
| **Attachments:** | FC BUY NFY may 14.docx; NOVOB DC (EDF-OB 21-03-14)4.pdf; 21032014NFYBClearFutures(MCM2).pdf; 21032014NFYBClearFutures(MCM1).pdf; NOVOB DC (EDF-OB 21-03-14).pdf; NOVOB DC (EDF-OB 21-03-14)3.pdf |

Hi Sara,

Managed to rehypo the 22m and the 12.6m (in shapes 2.6m & 10m).

Thanks,
Oli

---

**From:** Mina, Sara (LDN)
**Sent:** 21 March 2014 11:45
**To:** LDN-EQUITYFINANCE-TRADS-DL
**Subject:** NOVOB REHYP

Guys,

Funding is really tight next week. Please see if we can rehyp the following:

ACER's 22 mil NOVOB
Duet's 12.6 mil NOVOB (10 on Federated and 2.6 on Hamlyn).

Thanks,
Sara

Sara Mina
The new Queen of Equity Finance – Vic who?

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629 | Desk: +44 (0)203 580 7625 | Mobile: +44 (0)7810867085
smina@edfmancapital.com | www.edfman.com